# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0623

VERSUS

TODD WILLIAM GREEN                            **SEPTEMBER 25, 2023**

---

In Re:    Todd William Green, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 23-FELN-046190.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** The district court may provide for a defendant's appearance at the arraignment and the entry of his plea by way of simultaneous transmission through audio-visual electronic equipment. La. Code Crim. P. art. 551(B). The records of the Livingston Parish Office of the Clerk of Court reflect that on March 16, 2023, relator appeared with counsel before the court via audio/video telecommunication and entered a plea of not guilty to the charges. Accordingly, the district court did not err by denying relator's motion to quash. Furthermore, the "Motion for a 701-B hearing" appears to be filed in this court in the first instance. Relator should first seek relief in the district court.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT